IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jorge L. Vargas Jr.,<br>a/k/a Jorge Luis Vargas, Jr.,<br>a/k/a Jorge Vargas, Jr.,<br>a/k/a Jorge Vargas,<br>a/k/a Jorge L. Vargas,<br>a/k/a Jorge Luis Vargas<br>**Debtor** | CASE NO.: 5:23-bk-00889-MJC |
| US Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee For VRMTG Asset Trust<br>**Movant** | |
| vs. | |
| Jorge L. Vargas Jr.,<br>a/k/a Jorge Luis Vargas, Jr.,<br>a/k/a Jorge Vargas, Jr.,<br>a/k/a Jorge Vargas,<br>a/k/a Jorge L. Vargas,<br>a/k/a Jorge Luis Vargas<br><br>William Sanchez (Non-Filing Co-Debtor)<br><br>Jack N. Zaharopoulos (Trustee)<br>**Respondents** | |

## ANSWER TO MOTION FOR RELIEF
## ON BEHALF OF DEBTOR

AND NOW comes the Debtor, Jorge L. Vargas, Jr., by and through his attorneys, and answers the Motion for Relief from Automatic Stay by US Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust, as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
6. Admitted.

7. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

8. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

9. Denied. Legal conclusion to which no response is required.

10. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

11. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

12. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of US Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell, Esq.
Robert J. Kidwell, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
rkidwell@newmanwilliams.com
*Attorney for Debtor*

Date: January 7, 2026